## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:25-cr-00354-RRS-DJA |
| | * | |
| VERSUS | * | JUDGE |
| | * | |
| DAVID COURVELLE | * | MAGISTRATE JUDGE |

## BILL OF INFORMATION

THE UNITED STATES CHARGES:

### COUNT 1

### SEXUAL ABUSE OF A WARD
### OR INDIVIDUAL IN FEDERAL CUSTODY
### [18 U.S.C. § 2243(b)]

Beginning on or about March 1, 2025, and continuing until on or about July 30, 2025, in the Western District of Louisiana, within the boundaries of the South Louisiana ICE Processing Center, a federal prison, institution or facility in which persons are held in custody by direction of or pursuant to a contract or agreement with the head of any Federal department or agency, located in Basile, Louisiana, an area within the special maritime and territorial jurisdiction of the United States, the defendant, David Courvelle, who was a Detention Officer at the facility, did knowingly engage in sexual acts, to wit, contact between the mouth and the penis, and the penetration, however slight, of the genital opening of another by a hand or finger, with an intent to arouse or gratify the sexual desire of any person, as defined in 18 U.S.C. § 2246(2), with victim C.H., who was at that time in official detention

and under the custodial, supervisory, and disciplinary authority of the Courvelle in violation of Title 18, United States Code, Section 2243(b).

        ZACHARY A. KELLER
        United States Attorney

By:   *s/ Thomas A. Johnson*
       THOMAS A. JOHNSON (VA Bar No. 89295)
       MYERS P. NAMIE (La. Bar No. 29359)
       Assistant United States Attorney
       800 Lafayette Street, Suite 2200
       Lafayette, LA 70501
       Telephone: (337) 262-6618