**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To:             All Counsel of Record

Issued By:      Judge Robert R. Summerhays

Re:             United States v. David Courvelle
                Criminal Case Number 6:25-cr-354

Date:           December 18, 2025

**<u>MINUTE ENTRY</u>**

An initial appearance and guilty plea hearing in the above-referenced matter is set for

Monday, December 29, 2025 at 10:00 a.m.